SCUPPS v. CAMPBELL. See Case No. 12,-562.

# Case No. 12,572.

## The SEA BIRD.

[Cited in The Alpena, 8 Fed. 280. Nowhere reported; opinion not now accessible.]